# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| **MELISSA GILBERT MOORE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-01120-O-BP |
| | § | |
| **NBC UNIVERSAL MEDIA, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

## **ORDER**

On November 14, 2024, the *pro se* plaintiff filed a complaint against the defendant. ECF No. 1. Because she paid the filing fee, the plaintiff is now responsible for serving the defendant with a summons and a copy of the complaint in this case as Rule 4(c) of the Federal Rules of Civil Procedure provides. If she does not serve the defendant within 90 days after the filing of the complaint, the action is subject to dismissal without prejudice. *See* Fed. R. Civ. P. 4(m). In addition, Rule 4(l) requires the plaintiff to file proof of service with the Court unless the defendant waives service. This proof must consist of "the server's affidavit" if the United States Marshal or a deputy marshal did not effect the service. *Id.* If the plaintiff does not file a valid return of service or otherwise show that she properly served the defendant, the Court may dismiss this case.

The Court also cautions plaintiff that she cannot serve the summons and complaint on the defendant herself. "Any person who is at least 18 years old and *not a party* may serve a summons and complaint." Fed. R. Civ. P. 4(c)(2) (emphasis added).

If she has not already done so, the Clerk of the Court shall send a summons form for the defendant and a copy of Federal Rule of Civil Procedure 4 to the plaintiff.

It is so **ORDERED** on November 15, 2024.

                                                       Hal R. Ray, Jr.
                                                      UNITED STATES MAGISTRATE JUDGE