IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **MELISSA GILBERT MOORE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-01120-O-BP |
| | § | |
| **NBC UNIVERSAL MEDIA, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

Plaintiff sued Defendant on November 14, 2024. ECF No. 1. On November 15, 2024, the Court notified Plaintiff that because she paid the filing fee, she is responsible for serving the defendant with a summons and a copy of the complaint in this case as Rule 4(c) of the Federal Rules of Civil Procedure provides. ECF No. 4. The Court also notified Plaintiff that if she did not serve the defendant within 90 days after the filing of the complaint, the action is subject to dismissal without prejudice. *Id*. The record shows that Plaintiff has not properly served Defendant NBC Universal Media LLC.

Local Civil Rule 4.1 requires the party serving process to prove service or waiver of service by filing with the Clerk a copy of the summons, affidavit of service, and/or executed waiver of service. Federal Rule of Civil Procedure 4(m) provides that if service of the summons and complaint is not made upon a defendant within 90 days after filing of the complaint, the court upon its own initiative, after notice to the plaintiff, must dismiss the action without prejudice.

Plaintiff has not filed proof of properly perfected service with the Clerk within the required 90 days. Accordingly, Plaintiff will show cause **on or before February 20, 2025** why this case

should not be dismissed for failure to perfect service of process upon the defendant. If Plaintiff does not timely show cause, the undersigned may recommend dismissal without prejudice.

It is so **ORDERED** on February 14, 2025.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE